## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ABRAHAM/RASHEEN**
**GRANT/RAKIM**
**ADC #128147**                                                              **PLAINTIFF**

**v.**                                 **Case No.: 5:16-cv-00203 KGB**

**UNITED STATES OF AMERICA**                                      **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3).  No objections have been filed, and the time for filing objections has passed.  After careful consideration, the Court approves and adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects (Dkt. No. 3).

The Court therefore orders that:

1.      Mr. Grant/Rakim's application for leave to proceed *in forma paupeirs* is denied (Dkt. No. 1).

2.      Mr. Grant/Rakim's complaint is dismissed without prejudice (Dkt. No. 2).

3.      If Mr. Grant/Rakim wishes to continue this case, he must submit the statutory filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within 30 days of the entry date of this order, along with a motion to reopen the case.  Upon receipt of the motion and full payment, this case will be reopened.

4.      The Court additionally certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

So ordered this 30th day of November, 2016.

_____
Kristine G. Baker
United States District Judge