## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ABRAHAM/RASHEEN
GRANT/RAKIM
ADC #128147                                                                                    PLAINTIFF

v.                                    Case No.: 5:16-cv-00203 KGB

UNITED STATES OF AMERICA                                                                        DEFENDANT

### JUDGMENT

Pursuant to the Order entered on this date in this matter, the Court dismisses without prejudice this case and denies the relief sought. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 30th day of November, 2016.

_____
Kristine G. Baker
United States District Judge